# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | G14-22896-JRS | Trustee Name: | Betty A. Nappier (300570) |
|---|---|---|---|
| Case Name: | LEE, ROBERT F.JR. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***8269 | Account #: | ******9310 Checking Account |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $40,160,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/02/2015 | {14} | Robert F. Lee, Jr. | 529 Account amount D deposited into the 529 accounts the past year | 1121-000 | 4,000.00 | | 4,000.00 |
| 02/02/2015 | {6} | Robert F. Lee, Jr. | non-exemptible portion of Fidelity IRA non-exemptible portion of Fidelity IRA | 1129-000 | 20,974.00 | | 24,974.00 |
| 03/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 31.13 | 24,942.87 |
| 04/27/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 37.11 | 24,905.76 |
| 05/26/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 35.87 | 24,869.89 |
| 06/19/2015 | {13} | Robert F. Lee, Jr. | cash value of Debtor's portion of split Dollar Life policy cash value of split Dollar Life policy ($2,500,000 face value) value policy); Robert F. Lee Jr. as employee, #63660597; Cash Surrender Value - $629,121.78, subject to Split Dollar claim of Corrugated Replacements totaling $609,823.00. | 1129-000 | 25,553.78 | | 50,423.67 |
| 06/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 37.01 | 50,386.66 |
| 07/27/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 46.79 | 50,339.87 |

{ } Asset Reference(s)                                                                                      ! - transaction has not been cleared

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case No.:** | G14-22896-JRS | **Trustee Name:** | Betty A. Nappier (300570) |
|---|---|---|---|
| **Case Name:** | LEE, ROBERT F.JR. | **Bank Name:** | UNION BANK |
| **Taxpayer ID #:** | **-***8269 | **Account #:** | ******9310 Checking Account |
| **For Period Ending:** | 06/30/2017 | **Blanket Bond (per case limit):** | $40,160,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 74.88 | 50,264.99 |
| 09/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 74.79 | 50,190.20 |
| 10/26/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 72.28 | 50,117.92 |
| 11/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 74.58 | 50,043.34 |
| 12/07/2015 | | Union Bank | Transfer to Rabobank, N.A. | 9999-000 | | 50,043.34 | 0.00 |
| | | **COLUMN TOTALS** | | | 50,527.78 | 50,527.78 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 50,043.34 | |
| | | **Subtotal** | | | 50,527.78 | 484.44 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$50,527.78** | **$484.44** | |

{ } Asset Reference(s)                                                                                                      ! - transaction has not been cleared

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | G14-22896-JRS | Trustee Name: | Betty A. Nappier (300570) |
|---|---|---|---|
| Case Name: | LEE, ROBERT F.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8269 | Account #: | ******0466 Checking Account |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $40,160,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/2015 | | Rabobank, N.A. | Transfer from Union Bank | 9999-000 | 50,043.34 | | 50,043.34 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.58 | 49,985.76 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 69.31 | 49,916.45 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 69.21 | 49,847.24 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.66 | 49,768.58 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 69.00 | 49,699.58 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.91 | 49,630.67 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.31 | 49,552.36 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.70 | 49,483.66 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.07 | 49,405.59 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 70.86 | 49,334.73 |

{ } Asset Reference(s)                                                                              ! - transaction has not been cleared

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | G14-22896-JRS | Trustee Name: | Betty A. Nappier (300570) |
|---|---|---|---|
| Case Name: | LEE, ROBERT F.JR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8269 | Account #: | ******0466 Checking Account |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $40,160,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.40 | 49,266.33 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.38 | 49,190.95 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 70.56 | 49,120.39 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.34 | 49,045.05 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 65.83 | 48,979.22 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.79 | 48,906.43 |
| 04/03/2017 | {33} | Lamberth, Cifelli, Stokes, Ellis & Nason, PA | Bonus earned pre-petition, disbursed post-petition, projected net after withholding (taxes: federal, medicare, social security and State of Georgia), $21,472.50 | 1229-000 | 2,500.00 | | 51,406.43 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.52 | 51,337.91 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.22 | 51,256.69 |

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

## Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case No.:** | G14-22896-JRS | **Trustee Name:** | Betty A. Nappier (300570) |
|---|---|---|---|
| **Case Name:** | LEE, ROBERT F.JR. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8269 | **Account #:** | ******0466 Checking Account |
| **For Period Ending:** | 06/30/2017 | **Blanket Bond (per case limit):** | $40,160,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.72 | 51,182.97 |
| | | **COLUMN TOTALS** | | | 52,543.34 | 1,360.37 | $51,182.97 |
| | | Less: Bank Transfers/CDs | | | 50,043.34 | 0.00 | |
| | | **Subtotal** | | | 2,500.00 | 1,360.37 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,500.00** | **$1,360.37** | |

{ } Asset Reference(s)                                                                                             ! - transaction has not been cleared

## Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | G14-22896-JRS | **Trustee Name:** | Betty A. Nappier (300570) |
| **Case Name:** | LEE, ROBERT F.JR. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8269 | **Account #:** | ******0466 Checking Account |
| **For Period Ending:** | 06/30/2017 | **Blanket Bond (per case limit):** | $40,160,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $53,027.78 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $53,027.78 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9310 Checking Account | $50,527.78 | $484.44 | $0.00 |
| ******0466 Checking Account | $2,500.00 | $1,360.37 | $51,182.97 |
| | **$53,027.78** | **$1,844.81** | **$51,182.97** |

11/29/2017
Date

/s/Betty A. Nappier
Betty A. Nappier