IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:  ROBERT F. LEE, JR., | ) | HONORABLE JAMES R. SACCA |
| | ) | |
| Debtor. | ) | CONTESTED MATTER IN A |
| | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| | ) | CASE NUMBER G14-22896-jrs |

TRUSTEE'S OBJECTION TO
CREDITOR/JOHNSON'S MOTION TO
PERMIT THEIR COUNSEL TO LITIGATE
NON-FILING SPOUSE/MRS. LEE'S CLAIMS

COMES NOW, Betty A. Nappier, the duly appointed Chapter 7 trustee in the above-styled case (hereinafter sometimes referred to as "trustee"), by and through her counsel, and respectfully submits her Objection to creditor/Johnson's Motion to permit their counsel to litigate non-filing spouse/Mrs. Lee's Claims ("Employment Motion"), proffering the specific grounds for opposition to the Employment Motion, as follows:

1.

Robert F. Lee, Jr. ("Debtor") filed the above-styled Chapter 7 case on or about December 15, 2014. The factual and legal issues have been known to the parties in interest since the inception of the instant case and have remained the same to date.

2.

The essentially sole allowable claimant in the instant case, filed their unliquidated Proof of Claim in the name of David & Susannah Johnson, individually, and as surviving parents of Hannah Johnson et al. (collectively sometimes referred to as "Johnson"), scheduled as contingent and disputed ("Claim") due to the proffered defenses and purported evidence controverting the prima facie elements of the "Family Purpose" Doctrine Claim, including but not limited to, the family member did not reside with Debtor at the time of the collision and Debtor's lack of ongoing maintenance for the use and convenience of his family.

3.

The Johnsons have three (3) attorneys representing continuously them in the instant bankruptcy case and employed a fourth (4) attorney 2016.

4.

The asserted claims of the non-filing spouse, Mrs. Lee, do not appear to contain a basis for success in a bankruptcy proceedings.  The pending sell and settlement proceedings avoid the costs of defending Mrs. Lee's claims, including but not limited to, the appeal of the adjudication of those asserted claims.

5.

The undersigned's research commenced at the bankruptcy filing with periodic updates and extensive familiarity with the factual and legal issues of the case at bar, coupled with only five and a half (5 ½) losses in thirty-five (35) years of practice in Superior, state, appellate and bankruptcy courts, is more efficient and appropriate for the undersigned to litigate Mrs. Lee's asserted claims should the litigation with its inherent extended time for appellate adjudication and the costs incurred related thereto, be in the best interests of the bankruptcy Estate/Johnson.

WHEREFORE, based upon the foregoing, including but not limited to, the following, the trustee respectfully prays that the Johnson Motion be denied:

(a) avoidance of further extended delay of disbursements to Johnson of the insurance proceeds that are immediately available for their Claim upon resolution of the Superior Court action and the instant case and a significant distribution in the instant case;

(b) the undersigned's long term extensive familiarity with the gravamen of the issues relating to Mrs. Lee's asserted claims;

(c) Johnsons' counsel minimal communications and lack of receipt of all of Mrs. Lee's counsel's factual and legal arguments in support of her asserted claims; and,

(d) to avoid unnecessarily increasing the costs of administration of the Estate inherently incurred when additional counsel is retained almost four (4) years subsequent to the parties being aware of the contested issue.

Respectfully submitted, this 12th day of April, 2018.

        s/ Betty Nappier
        Betty Nappier, Esquire
        Counsel for Chapter 7 trustee
        GA Bar No. 534675
        Post Office Box 282,
        115 Samaritan Drive, Suite 201
        Cumming, Georgia 30028
        (770) 529-9371, facsimile (770) 947-5371
        banappier@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:   ROBERT F. LEE, JR., | ) | HONORABLE JAMES R. SACCA |
| | ) | |
| Debtor. | ) | CONTESTED MATTER IN A |
| | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| | ) | CASE NUMBER G14-22896-jrs |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is over the age of eighteen (18) years old and has served her Objection to creditor/Johnson's Motion to permit their counsel to litigate non-filing spouse/Mrs. Lee's Claims and the manner of service is by placing a conformed copy thereof in the United States Mail with adequate postage affixed thereon via regular postal mail and electronic mail where denoted below, and properly addressed to:

**Robert F. Lee, Jr.**
90 Orchard Drive
Morganton, Georgia  30560

**Brian R. Cahn**
Perrotta, Cahn & Prieto, P.C.
Counsel for David and Susannah
 Johnson
  also via electronic mail
5 S. Public Square
Cartersville, Georgia  30120

**Danny Naggiar, Esquire**
Naggiar & Sarif LLC
counsel for non-filing spouse
also via electronic mail
One Securities Centre
 3490 Piedmont Road, N.E.
Suite 1450
Atlanta, Georgia  30305

All other scheduled creditors and known parties in interest as reflected on the attached bankruptcy case mailing matrix/list of creditors with only electronic service to those additional recipients reflected thereon that have authorized service via electronic notification.

**G. Frank Nason, IV, Esquire**
counsel for Debtor
also via electronic mail
Lamberth, Cifelli, Ellis &
 Nason, P.A. Suite W212
1117 Perimeter Center West
Atlanta, Georgia  30338

**Brian "Buck" Rogers, Esquire**
Fried Rogers Goldberg LLC
co-counsel for David and
 Susannah Johnson
also via electronic mail
Two Alliance Center
3550 Lenox Road, N.E.,
Suite 1500
Atlanta, Georgia  30326

**Kevin P. Branch, Esquire**
McMickle Kurey & Branch LLP
counsel for Corrugated
  Replacement, Inc.
also via electronic mail  200
South Main Street
Alpharetta, Georgia  30009

**Lance D. Foles, Esquire**
Attorney at Law
co-counsel for Debtor
also via electronic mail
Five Concourse Parkway Suite 3000
Atlanta, Georgia 30328

**William L. Rothschild, Esquire**
Ogier, Rothschild & Rosenfeld, PC
co-counsel for David and
 Susannah Johnson
also via electronic mail
Post Office Box 1547 Decatur,
Georgia  30031

United States Department of
Justice  Office of the United States
   Trustee
also via electronic mail
Region 21
362 Richard B. Russell Building
75 Ted Turner Drive
Atlanta, Georgia  30303

This 12th day of April, 2018.

s/ Betty Nappier_____
Betty Nappier, Esquire, Counsel for Chapter 7 trustee
GA Bar No. 534675

Post Office Box 2823
115 Samaritan Drive, Suite 201
Cumming, Georgia  30040
(770)  529-9371,  facsimile  (770)  947-5371
banappier@ gmail.com

```
Notl•"•            +Robert F. Lee, Jr.,    90 Orchard Drive,    Morganton, GA 30560-3574
                   +CORRUGATED REPLACEMENTS, INC.,    PO BOX 2950,    LOGANVILLE GA 30514-2950
                    DAVID JOHNSON C/O BRIAN D. ROGERS,    FRIED ROGERS GOLDBERG, LLC,    3560 LENOX RD, NE #1250,
 --:    6544        ATLANTA GA 30326-4275
 18686537          +JACOB R. LEE,    90 ORCHARD DRIVE,   MORGANTON GA 30560-3574
                   +OSCAR HENRY,    P.O. BOX 832,    BLUE RIDGE GA 30513-0014
 18686545          +PARK STERLING BANK,    P.O. BOX 2249,    GASTONIA NC 28053-2249
 18686538          +UNITED COMMUNITY BANK,    P.O. BOX 82030,    CONYERS GA 30013-9429
 18686539         ++WELLS FARGO !V>NK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
 18686540           ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
 18686543          (address filed with court: WELLS FARGO HOME MTG,    8480 STAGECOACH CIR,    FREDERICK MD 21701)


 Notice by electronic transmission was sent to the following persons/entities by the
 aty             E-mail/Text: fn@lcsenlaw.com Dec 18 2014 21:20:3    G. Frank Nason, IV;
                  Lamberth, Cifelli, Stokes Ellis & Nason,    Ste 550,    3343 Peachtree Rd., NE,
                  Atlanta, GA 30326
 tr              EDI: QBANAPPIER.COM Dec 18 2014 20:33:00    Betty A. Nappier,    Law Office of B. A. Nappier,
                  P. O. Box 1649,    Cumming, GA 30028-1649
 ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 18 2014 21:23:11
                  Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
                  Atlanta, GA 30303-3315
 18686535        EDI: CAPITALONE.COM Dec 18 2014 20:33:00    CAPITAL ONE,    PO BOX 85520,    RICHMOND VA 23285
 18686536       +E-mail/Text: creynolds@csa-inc.biz Dec 18 2014 21:20:59    COLLECTION SVC OF ATHENS,
                  110 NEWTON BRIDGE RD BLD,    ATHENS GA 30607-1163
 18686541        EDI: USBANKARS.COM Dec 18 2014 20:33:00    US BANK,    4325 17TH AVE S,    FARGO ND 58125
 18686542        EDI: WFFC.COM Dec 18 2014 20:33:00    WELLS FARGO HOME MORTGAGE,    P.O. BOX 14411,
                  DES MOINES IA 50306-3411
```