# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:   ROBERT F. LEE, JR., | ) | HONORABLE JAMES R. SACCA |
| | ) | |
| Debtor. | ) | |

---

| | | |
|---|---|---|
| BETTY A. NAPPIER (CHAPTER 7 TRUSTEE), | ) ) | CHAPTER 7 |
| | ) | CASE NUMBER G14-22896-jrs |
| Movant, | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| BOB LEE INVESTMENTS, INC. AND ROBERT F. LEE, JR., | ) ) | |
| | ) | |
| Respondents/Debtor. | ) | |

**SUPPLEMENT TO**
**TRUSTEE'S APPLICATION FOR AUTHORITY TO**
**SELL REAL PROPERTY OF THE ESTATE FREE AND**
**CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER**
<u>**INTERESTS AND MOTION TO DISBURSE FUNDS UPON CLOSING**</u>

COMES NOW, the duly appointed trustee in the above-styled case, Betty A. Nappier, hereinafter sometimes referred to as "trustee", by and through her counsel, and respectfully submits the instant supplement to the trustee's pending Application pursuant to 11 U.S.C. § 363, for authority to sell real property of the estate free and clear of liens, claims, encumbrances and other interests and for authority to disburse funds upon closing [Doc. No. 130] ("Application"), proffering to the Court the following:

1.

The previously filed pending Application shall remain intact in its entirety. The instant Supplement is being filed to reflect the proposed sale with additional specificity, as follows:

> the property proposed to be sold, 11 Sunset Court,
> Blue Ridge, Georgia ("Property"), is reflected

       in Debtor's Supplement to Schedule B [Doc. No. 15] as being titled in Bob Lee Investments, Inc. ("BLI") with Debtor possessing one hundred percent (100%) ownership interest in BLI with no debts owed by BLI or any obligations incurred by or on behalf of BLI exclusive of real estate and personal property taxes that may accrue for the assets titled in the name of BLI;

       due to the $121,446.00 tax basis for the aforesaid Property, the tax consequence to the bankruptcy estate for the proposed $150,000.00 gross sales price for this Property is projected to be nominal when considering the anticipated funding of the real estate taxes that are due for the instant Property, other necessary costs of sale (transfer taxes and similar closing costs) and possibly other tax deductions may be available to reduce this Property's long term capital gain for estate tax purposes; and,

       Debtor and BLI through its owner-Debtor have acquiesced to the sale and the terms of the sale as proposed in the pending Application and the instant Supplement thereto.

**WHEREFORE**, based upon the foregoing, the trustee through counsel, respectfully prays:

(a) that the instant Supplement to the Application be allowed and considered;

(b) that subsequent to notice and hearing that the Court approve the sale as proposed in the pending Application and instant Supplement; and,

(c) that the Court grant any other relief that it may deem mete and proper in this matter.

Respectfully submitted, this 22nd day of August, 2018.

                                                              s/ Betty Nappier_____
                                                              Betty Nappier
                                                              Counsel for Chapter 7 trustee
                                                              GA Bar No. 534675

**115 Samaritan Drive, Suite 201**
**Post Office Box 2823**
**Cumming, Georgia   30040**
**(770) 529-9371, facsimile (770) 947-5371**
**banappier@ gmail.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE:  ROBERT F. LEE, JR., | ) | HONORABLE JAMES R. SACCA |
| | ) | |
| Debtor. | ) | |

---

| | | |
|---|---|---|
| BETTY A. NAPPIER (CHAPTER 7 TRUSTEE), | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NUMBER G14-22896-jrs |
| Movant, | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| BOB LEE INVESTMENTS, INC. AND ROBERT F. LEE, JR., | ) | |
| | ) | |
| Respondents/Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as evidenced by her signature affixed hereon that she is over the age of eighteen (18) years old and has placed a conformed copy of the foregoing Supplement to trustee's Application for authority to sell real property of the estate free and clear of liens, claims, encumbrances and other interests and Motion to disburse funds upon closing in the United States Mail with adequate postage affixed thereon and properly addressed to the parties in interest at their respective addresses, as follows:

Robert F. Lee, Jr.
90 Orchard Drive
Morganton, Georgia  30560

G. Frank Nason, IV, Esquire
counsel for Debtor
Lamberth, Cifelli, Ellis &
 Nason, P.A.
Suite W212
1117 Perimeter Center West
Atlanta, Georgia  30338

Lance D. Foles, Esquire
Attorney at Law
corporate counsel for Debtor
Five Concourse Parkway  Suite 3000
Atlanta, Georgia 30328

Brian R. Cahn, Esquire
Perrotta, Cahn & Prieto, P.C.
counsel for David and Susannah
 Johnson
5 S. Public Square
Cartersville, Georgia  30120

Brian "Buck" Rogers, Esquire
Fried Rogers Goldberg LLC
co-counsel for David and Susannah
 Johnson
Two Alliance Center
3550 Lenox Road, N.E., Suite 1500
Atlanta, Georgia  30326

William L. Rothschild, Esquire
Ogier, Rothschild & Rosenfeld, PC
co-counsel for David and
 Susannah Johnson
Post Office Box 1547
Decatur, Georgia  30031

Danny Naggiar, Esquire
Naggiar & Sarif LLC
counsel for non-filing spouse
also via electronic mail
One Securities Centre
3490 Piedmont Road, N.E.
Suite 1450
Atlanta, Georgia  30305

All other scheduled creditors and known parties in interest as reflected on the bankruptcy case mailing matrix/list of creditors.

United States Department of Justice
Office of the United States Trustee
Region 21
362 Richard B. Russell Building
75 Ted Turner Drive
Atlanta, Georgia  30303

This 22nd day of August, 2018.

s/ Betty Nappier_____  _____
Betty Nappier, Counsel for Chapter 7 trustee
GA Bar No. 534675

115 Samaritan Drive, Suite 201
Post Office Box 2823
Cumming, Georgia  30040
(770) 529-9371, facsimile (770) 947-5371
banappier@ gmail.com

-3-